1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   COURTNEY FEIN, Bar #244785
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   (916) 498-5700

5   Attorney for Defendant
    ISIDRO N. VILLANO-MADRIZ
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )   NO.  CR.S-11-446-GEB
                                     )
11                  Plaintiff,       )   **STIPULATION   AND   [PROPOSED]**
                                     )   **ORDER;   CONTINUING   STATUS**
12       v.                          )   **CONFERENCE   AND   EXCLUDING**
                                     )   **TIME**
13  ISIDRO N. VILLANO-MADRIZ         )
                                     )   Date:   January 27, 2012
14                  Defendant.       )   Time:  9:00 a.m.
                                     )   Judge: Hon. Garland E. Burrell, Jr.
15  _____ )

16
17       IT IS HEREBY STIPULATED by and between the parties hereto through their
18  respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for
19  Plaintiff, and COURTNEY FEIN, attorney for ISIDRO N. VILLANO-MADRIZ that the
20  status conference hearing date of January 6, 2012, be rescheduled for a status conference on
21  January 27, 2012, at 9:00 a.m.
22       The reason for this continuance is to allow defense counsel additional time to review
23  the discovery, consult with her client, examine possible defenses, and continue investigating
24  the facts of the case.
25       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
26  should be excluded from the date of signing of this order through and including January 27,
27  / / /
28  / / /

1  2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and

2  Local Code T4 based upon continuity of counsel and defense preparation.

3  DATED:  January 4, 2012.                    Respectfully submitted,

4                                              DANIEL J. BRODERICK
                                               Federal Public Defender

5
                                               /s/ Courtney Fein
6                                              COURTNEY FEIN
                                               Assistant Federal Defender
7                                              Designated Counsel for Service
                                               Attorney for ISIDRO N. VILLANO-MADRIZ
8
   DATED:  January 4, 2012.                    BENJAMIN WAGNER
9                                              United States Attorney

10                                             /s/ Courtney Fein for
                                               MICHELE BECKWITH
11                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff
12
            UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
13
   January 6, 2012,  status conference hearing be continued to January 27, 2012, at 9:00 a.m.
14
   Based on the representation of defense counsel and good cause appearing therefrom, the
15
   Court hereby finds that the failure to grant a continuance in this case would deny defense
16
   counsel reasonable time necessary for effective preparation, taking into account the exercise
17
   of due diligence.   The Court finds that the ends of justice to be served by granting a
18
   continuance outweigh the best interests of the public and the defendant in a speedy trial.  It
19
   is ordered that time up to and including the January 27, 2012 status conference shall be
20
   excluded from computation of time within which the trial of this matter must be commenced
21
   under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code
22
   T-4, to allow defense counsel reasonable time to prepare.
23
   Dated:  January 4, 2012
24

25

26  GARLAND E. BURRELL, JR.
    United States District Judge
27

28                                             2